IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Ferrol D. Williams, | ) | C/A No.: 4:13-cv-1600-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 10, 2014, the plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412, on the basis that the position taken by the defendant in this action was not substantially justified. On January 5, 2015, the parties stipulated to an EAJA award of $3,272.08 in attorney's fees to be paid by the United States Social Security Administration. The Commissioner indicates that although plaintiff executed an assignment assigning any EAJA fees to his lawyer, fees awarded are subject to the Treasury Offset Program if the prevailing party owes a debt to the government.

Based on the foregoing and after considering the briefs and materials submitted by the parties, the court orders the defendant to pay the sum of $3,272.08 in attorney's fees pursuant to EAJA, subject to the Treasury Offset Program if the prevailing party owes a debt to the government. However, the payment shall be made payable to the claimant pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), and mailed to his attorney, with a copy to the claimant.

**IT IS SO ORDERED**.

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

January 6, 2015
Florence, South Carolina

2